**Order entered July 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00176-CR

**RAYMOND ELLIS NEWSOME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20384-W**

## ORDER

Appellant, who has been appointed counsel, filed written verification that he requested the reporter's record on June 25, 2018. In light of this, we **ORDER** court reporter Patricia Holt to file the reporter's record in this appeal **WITHIN FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to Judge Tracy Holmes, Presiding Judge, 363rd Judicial District Court; to court reporter Patricia Holt; to Ron Goranson, and to the Dallas County District Attorney.

/s/    LANA MYERS
       JUSTICE